**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MULJI PATEL,                          ) Case No. CV 15-9537-R (JPR)
                                      )
              Petitioner,             )
                                      )      **J U D G M E N T**
         v.                           )
                                      )
DANIEL PARAMO, Warden,                )
                                      )
              Respondent.             )
_____       )

    Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 4, 2016          _____
                                MANUEL L. REAL
                                U.S. DISTRICT JUDGE